# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2023

*The Court of Appeals hereby passes the following order:*

### A23E0024. STAY SOCIAL TAP AND TABLE, LLC v. COLUMBIA COUNTY BOARD OF COMMISSIONERS.

Stay Social Tap and Table, LLC has filed a motion for an extension of 30 days to file an application for discretionary appeal. The motion is hereby granted and Stay Social is directed to file its application for discretionary appeal not later than 30 days from today's date.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/11/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*